IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00623-PAB-KMT

MARK GRAHAM, individually, and
MARK GRAHAM COMMUNICATIONS, LLC, a Colorado Limited Liability Company,

    Plaintiffs,

v.

M.E. HANK DURSCHLAG,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, who has entered an appearance as counsel for defendant.  For this reason, it would be inappropriate for me to continue to preside over this case.  Accordingly, I will recuse myself.  It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED July 27, 2012.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge