IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 12-cv-00623-REB-KMT

MARK GRAHAM, individually, and
MARK GRAHAM COMMUNICATIONS, LLC, a Colorado Limited Liability Company,

Plaintiffs,

v.

M.E. HANK DURSCHLAG,

Defendant.

## ORDER GRANTING STIPULATED MOTION TO STAY

**Blackburn, J.**

The matter before me is the parties' **Stipulated Motion To Stay This Case and Submit All Claims to Binding Arbitration** [#29][1] filed August 27, 2012.  By this motion, the parties represent that they are in agreement that all claims presented in this lawsuit must and will be submitted to binding arbitration.[2]  They thus request that this case be stayed until completion of the arbitration.

Having considered the motion, and being advised of the premises, I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

[2] Concomitantly, defendant moves to withdraw his prior **Motion To Stay Lawsuit and Compel Arbitration** [#28] filed August 3, 2012.

1. That the parties' **Stipulated Motion To Stay This Case and Submit All Claims to Binding Arbitration** [#29] filed August 27, 2012, is **GRANTED**;

2. That **Defendant's Motion To Stay Lawsuit and Compel Arbitration** [#28] filed August 3, 2012, is **DENIED AS MOOT**;

3. That this case is **STAYED** pending completion of arbitration;

4. That pursuant to the parties' agreement, this matter **SHALL BE SUBMITTED** to arbitration within **thirty (30) days** of this Order;

5. That the parties jointly **SHALL FILE** a status report when the arbitration is filed and every **one hundred and twenty (120) days** thereafter until arbitration is completed; and

6. That when arbitration is completed, the parties jointly **SHALL FILE** either (a) a status report informing the court of the completion of the arbitration; (b) a motion for entry of judgment on the arbitration decision; or (c) a motion informing the court of what other action is requested or required to be undertaken by the court in light of the circumstances of the matter at that time.

Dated September 7, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge