**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   12-cv-00623-REB-KMT

MARK GRAHAM, individually, and
MARK GRAHAM COMMUNICATIONS, LLC, a Colorado limited liability company,

      Plaintiff,
v.

M.E. HANK DURSCHLAG,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Motion To Dismiss Without Prejudice** [#42][1] filed February 22, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Motion To Dismiss Without Prejudice** [#42] filed February 22, 2013, is **GRANTED**; and

      2.  That this action is **DISMISSED WITHOUT PREJUDICE**.

      Dated February 25, 2013, at Denver, Colorado.

      BY THE COURT:

      *Bob Blackburn*
      Robert E. Blackburn
      United States District Judge

---

[1] "[#42 is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.